UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tracy Addleman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10144-DRH |
| *Rachel Archibald, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13246-DRH |
| *Jennifer Auditore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10739-DRH |
| *Dionne Brown, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10970-DRH |
| *Lisa Burnett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13400-DRH |
| *Michelle Gersten, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10021-DRH |
| *Andrea Powell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10649-DRH |
| *Heidi Reagan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10255-DRH |
| *Jessica Reynolds v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10492-DRH |
| *Gloria Rodriguez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12519-DRH |

| | |
|---|---|
| *Faina Rozumovski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11008-DRH |
| *Natasha Sadofsky v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12553-DRH |
| *Ranecia Sanders v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11285-DRH |
| *Sandra Simas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10720-DRH |
| *Tiffany Slemp v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11579-DRH |
| *Jennifer Teichert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13101-DRH |
| *Erin Tlustos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13093-DRH |
| *Shavonne Tompkins, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13470-DRH |
| *Termerieal Waters v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10543-DRH |
| *Zolonda White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10691-DRH |
| *Event Spotted Wolf v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13106-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 27, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

**Dated:** March 5, 2014

Digitally signed by David R. Herndon
Date: 2014.03.05 14:21:42 -06'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

3